OLGA C. CARLSON, Respondent-Appellant, v. INTERNATIONAL BUS CORPORATION, Respondent, and DONALD W. CARLSON, Appellant.— Judgment and order affirmed, with costs to the plaintiff against the defendant Carlson and to the defendant International Bus Corporation against plaintiff. All concur. (The judgment awards plaintiff damages against the defendant Carlson and dismisses the complaint as to the other defendant in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

GUSTAVE F. CARLSON, Respondent-Appellant, v. INTERNATIONAL BUS CORPORATION, Respondent, and DONALD W. CARLSON, Appellant.— Judgment and order affirmed, with costs to the plaintiff against the defendant Carlson and to the defendant International Bus Corporation against plaintiff. All concur. (The judgment awards plaintiff damages against the defendant Carlson and dismisses the complaint as to the other defendant in an automobile negligence action. The order denies motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

CLARENCE W. MCKAY, Respondent, v. ROCHESTER AND LAKE ONTARIO WATER SERVICE CORPORATION, AMERICAN SURETY COMPANY OF NEW YORK, Appellants, Impleaded with BERTHA MINGLE LEWIS, and Others, Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. [See 247 App. Div. 499.] Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

SPENCER WHEDON, as Administrator with the Will Annexed of the Estate of LETITIA S. WHEDON, Deceased, Appellant, v. LE GRAND S. WHEDON, Respondent. — Motion for reargument denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Application of PATRICK J. MURPHY, Appellant, for an Order of Mandamus against FRANCIS SOUHAN, as Mayor, HOWARD W. CARDWELL and Others, as Trustees of the Village of Seneca Falls, All Constituting the Village Board, etc., Respondents.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

ROCHESTER TRUST AND SAFE DEPOSIT COMPANY, Respondent, v. RODNEY S. HATCH and GREETA GRAY HATCH, His Wife, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

LAURENCE H. RUTLAND, Respondent, v. HENRY F. THURSTON, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards damages for an alleged libel.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. JULIUS R. HOESTEREY and Others, as Councilmen of the City of Rochester, Monroe County, New York, and Others, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *People ex rel. W. N. Y. & P. R. Co.* v. *Woodbury* (133 App. Div. 503; affd., 201 N. Y. 532). All concur. (The order dismisses writ of certiorari to review an assessment upon real estate.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.